UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
NVARD SRABYAN, A.V., a minor, by his parent
and guardian ad litem, NVARD SRABYAN, and
M.V., a minor, by her parent and guardian ad
litem, NVARD SRABYAN, individually and on
behalf of all others similarly situated,

                           Plaintiffs,

                       v.

THE STATE OF NEW YORK, NEW YORK STATE
EDUCATION DEPARTMENT, ANDREW CUOMO,
in his personal capacity and official capacity as
Governor of the State of New York, SHANNON
TAHOE, in her personal capacity and official
capacity as Interim Commissioner of Education
for the State of New York, BILL DE BLASIO,
in his personal capacity and official capacity as
Mayor of New York City, THE CITY OF NEW YORK,
THE NEW YORK CITY DEPARTMENT OF EDUCATION,
and RICHARD CARRANZA, in his personal capacity
and official capacity as Chancellor of the New York
City Department of Education,

                           Defendants.
------------------------------------------------------------ X

JUDGMENT
20-CV-3137 (NGG) (RML)

       A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on March 23, 2022, granting Defendants' [39] [44] motions to dismiss; and dismissing Plaintiffs' [27] Amended Complaint with prejudice; it is

       ORDERED and ADJUDGED that Defendants' [39] [44] motions to dismiss are granted; and that Plaintiffs' [27] Amended Complaint is dismissed with prejudice.

Dated: Brooklyn, NY
       March 25, 2022

                                             Brenna B. Mahoney
                                             Clerk of Court

                               By:    /s/*Jalitza Poveda*
                                              Deputy Clerk

Case 1:20-cv-03137-NGG-RML    Document 49    Filed 03/25/22    Page 2 of 2 PageID #: 361